1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL SANLIN,

Plaintiff,

v.

CENTRAL KITSAP SCHOOL DISTRICT,
a Washington Corporation,

Defendant.

Case No.

**PLAINTIFF'S COMPLAINT and
JURY DEMAND**

## JURISDICTION AND VENUE

1.  Jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1331.  This action is authorized and instituted pursuant to 29 U.S.C. § 2617(a).

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington of Tacoma.

3.  In May 2020, Plaintiff filed a charge of discrimination against Defendant with the Office of Civil Rights, U.S. Department of Education.  In June 2020, the Department of Education transferred Plaintiff's charge to the Equal Employment Opportunity Commission ("EEOC")  in Seattle, Washington.

COMPLAINT
CASE NO.
PAGE 1 OF 5

4.  On August 25, 2020, the EEOC issued a right-to-sue letter.

**PARTIES**

5.  Plaintiff is a resident of Kitsap County, Washington.

6.  Defendant is a public school district located in Kitsap County, Washington.

**FACTS**

7.  Plaintiff is an African-American female.  She has been employed by Central Kitsap School District as a certificated music teacher since 1994. She works at Hawk Elementary at Jackson Park ("HEJP").

8.  In September 2019, Plaintiff filed a complaint of racial discrimination with the Defendant's Human Resources department, primarily based on conduct by the school principal, Chris Visserman.  In response, Defendant hired an investigator, Jessie Harris, to investigate Plaintiff's allegation.  Harris concluded that the conduct Plaintiff complained of did not amount to harassment or discrimination.

9.  Plaintiff appealed this determination to the School Board pursuant to Defendant's procedure.  There was a hearing on December 11, 2019, during which Defendant's Assistant Superintendent of Human Resources, Jeanne Beckon, shared Investigator Jessie Harris's stated opinion that Plaintiff complaints about her treatment was the cause of a staff morale problem at HEJP.

10.  On January 23, 2020, Assistant Superintendent Beckon directed Plaintiff not to contact either the principal or assistant principal at HEJP.  Plaintiff was told she could communicate only with Jill Carlson, Direct of Elementary Teaching and Learning, and Ms. Beckon herself.

| COMPLAINT<br>CASE NO.<br>PAGE 2 OF 5 | **EMERALD LAW GROUP, PLLC**<br>811 FIRST AVE., SUITE 510<br>SEATTLE, WA 98104<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
|---|---|

11.  On January 29, 2020, Assistant Superintendent met with Plaintiff, and informed her that Defendant had "concerns" about Plaintiff's mental health and that she was being directed to undergo a psychological evaluation.  The conduct identified by Ms. Beckon as "concerning" included the hurt feelings of staff against whom Plaintiff had complained; Plaintiff's emailing colleagues or administrators late at night; and one student's unprompted assertion that Plaintiff "doesn't like" the students.  Ms. Beckon informed Plaintiff that, based on Defendant's "concerns," Plaintiff was being placed on administrative leave immediately, and that she would remain on leave until it was determined that she was "fit" to teach.  While on leave, Plaintiff was required to turn over her school keys, banned from district events, not allowed on school property, and forbidden to communicate with District students, staff, or parents.  She was permitted to communicate only with Assistant Superintendent Beckon, and only by telephone or email.

12.  As a result of the forced administrative leave and being required to undergo a "fitness-for-duty" psychological examination,  Plaintiff experienced severe emotional distress, extreme anxiety, and high-blood pressure.

## CLAIMS

13.  <u>Retaliation—Title VII.</u>  Defendant unlawfully retaliated against Plaintiff for her protected activity of filing a discrimination complaint, in violation of 42 U.S.C. § 2000e-3(a).

14.  Plaintiff reserves the right to amend or supplement her complaint to include other facts or claims, as necessary.

COMPLAINT
CASE NO.
PAGE 3 OF 5

EMERALD LAW GROUP, PLLC
811 FIRST AVE., SUITE 510
SEATTLE, WA 98104
TEL: (206) 826-5160
FAX: (206) 922-5598

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays:

1.  That she have judgment against Defendant for all compensatory damages, including but not limited to, any claim for back and front pay and benefits;

2.  That she be awarded prejudgment interest;

3.  That she be awarded damages for humiliation, emotional distress, loss of enjoyment of life, pain and suffering, personal indignity, embarrassment, fear, anxiety, and anguish, in an amount to be proven at trial;

4.  That the court award equitable relief, as appropriate;

5.  That the court award attorney's fees and actual costs; and

6.  For such other and further relief as this court deems just and equitable.

**JURY TRIAL DEMAND**

Plaintiff Cheryl Sanlin hereby requests a jury trial on all questions of fact raised by her complaint.

DATED this _____ day of November, 2020.

EMERALD LAW GROUP PLLC

By: */s/ Donna L. Mack*_____
    Donna L. Mack, WSBA #30875
    Jonathan Nolley, WSBA #35850
    811 First Avenue, Ste 510
    Seattle, WA 98104
    Ph: 206-826-5160
    Fx: 206-922-5598
    donna@emeraldlawgroup.com
    jonathan@emeraldlawgroup.com
    Attorneys for Plaintiff

| COMPLAINT<br>CASE NO.<br>PAGE 4 OF 5 | **EMERALD LAW GROUP, PLLC**<br>811 FIRST AVE., SUITE 510<br>SEATTLE, WA 98104<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
| --- | --- |

1

2

DETHLEFS SPARWASSER REICH
DICKERSON, PLLC

3

4

By: */s/ Mark Davis*
Mark K. Davis, WSBA #38713

5

100 Second Avenue S., Ste. 190
Edmonds, WA 98020

6

Ph: 425-776-1352
Fx: 425-776-2467

7

mark@detsparlaw.com
Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| COMPLAINT<br>CASE NO.<br>PAGE 5 OF 5 | **EMERALD LAW GROUP, PLLC**<br>811 FIRST AVE., SUITE 510<br>SEATTLE, WA 98104<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
| --- | --- |