HON. BENJAMIN H. SETTLE

**UNITED STATES DISTRICT COURT**
**WESTERN DIVISION OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CHERYL SANLIN,<br><br>                    Plaintiff,<br><br>v.<br><br>CENTRAL KITSAP SCHOOL DISTRICT, a Washington Corporation,<br><br>Defendant. | NO.   3:20-cv-6183 BHS<br><br>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>NOTE ON MOTION CALENDAR: MAY 21, 2021 |

I.   INTRODUCTION AND RELIEF REQUESTED

Plaintiff's counsel, Donna L. Mack and Jonathan R. Nolley of Emerald Law Group, PLLC, and Mark Davis of Dethlefs Sparwasser Reich Dickerson, seek leave of Court to withdraw from representation of the Plaintiff, Cheryl Sanlin, in this matter.  Plaintiff has been provided a copy of the Motion and all materials submitted in support thereof.

II.   GROUNDS FOR MOTION

| MOTION TO WITHDRAW<br>PAGE 1 OF 3<br>CASE NO.  3:20-cv-6183 BHS | **EMERALD LAW GROUP, PLLC**<br>811 FIRST AVE., SUITE 510<br>SEATTLE, WA 98104<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |

Local Rules, W.D. Wash., LCR 83.2(b)(1) allows withdrawal of counsel only upon leave of Court, and states that an attorney in a civil case "will ordinarily be permitted to withdraw until sixty days before the discovery cut-off date." The discovery cutoff in this matter is November 29, 2021, more than sixty days from the date this motion is noted for hearing.

### III. PLAINTIFF'S CONTACT INFORMATION

As of this writing, the plaintiff has not obtained new representation. *See* Dec. of Donna L. Mack ¶ 2. The plaintiff's address is 5632 Wisteria Lane, Bremerton, WA 98311, and the plaintiff's telephone number is 360-908-4129. *Id*. at ¶ 3.

### IV. CONCLUSION

The Court should grant Plaintiff's counsel leave to withdraw from representation of Plaintiff.

Respectfully submitted this 6th day of May, 2021.

EMERALD LAW GROUP, PLLC


By  /s/ *Donna L. Mack*
    Donna Mack, WSBA #30875
    811 First Ave., Ste. 510
    Seattle, WA 98104
    (206) 826-5160 tel.
    (206) 922-5598 fax
    donna@emeraldlawgroup.com
    Attorneys for Plaintiff

MOTION TO WITHDRAW
PAGE 2 OF 3
CASE NO.  3:20-cv-6183 BHS

**EMERALD LAW GROUP, PLLC**
811 FIRST AVE., SUITE 510
SEATTLE, WA 98104
TEL: (206) 826-5160
FAX: (206) 922-5598

DETHLEFS SPARWASSER REICH DICKERSON, PLLC

By: /s/ Mark Davis
    Mark K. Davis, WSBA #38713
    100 Second Avenue S., Ste. 190
    Edmonds, WA 98020
    Ph: 425-776-1352
    Fx: 425-776-2467
    mark@detsparlaw.com
    Attorneys for Plaintiff

CERTIFICATION:
I certify under penalty of perjury under the laws of the State of Washington, that on this date I served via e-service a copy of the document to which this certificate is attached, on Michael McFarland, Esq.

Dated: 05/06/2021

/s/ Donna L. Mack
Donna Mack

MOTION TO WITHDRAW
PAGE 3 OF 3
CASE NO. 3:20-cv-6183 BHS

**EMERALD LAW GROUP, PLLC**
811 FIRST AVE., SUITE 510
SEATTLE, WA 98104
TEL: (206) 826-5160
FAX: (206) 922-5598