HONORABLE DAVID G. ESTUDILLO

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL SANLIN, | |
| Plaintiff, | Cause No. 3:20-cv-06138-DGE |
| vs. | DEFENDANT'S MOTION FOR SHOW CAUSE ORDER |
| CENTRAL KITSAP SCHOOL DISTRICT, | |
| Defendant. | Noting Date: August 26, 2022 |

## I.   INTRODUCTION AND RELIEF REQUESTED

In light of Plaintiff Cheryl Sanlin's willingness to dismiss her case against Defendant Central Kitsap School District ("CKSD") and her counsel's (Kristi Pimpleton) failure to communicate with CKSD, CKSD requests that the Court order Ms. Pimpleton to show cause why this case should not be dismissed.

## II.   FACTUAL BASIS FOR MOTION

On June 16, 2022, CKSD filed a Motion to Compel requesting the Court order Ms. Sanlin to appear for a deposition. *ECF 22*. The Court granted CKSD's Motion to Compel on July 29, 2022 and ordered Ms. Sanlin to appear for a deposition on August 15, 2022. *ECF 27*.

Ms. Sanlin sent Ms. Pimpleton an email on August 9, 2022 stating "You must reach out to the Central Kitsap School District, lawyers regarding my legal termination from your

DEFENDANT'S MOTION FOR SHOW CAUSE ORDER - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

office, as well as informing them that the lawsuit has been dropped." *Declaration of Michael E. McFarland, Jr.*, ¶ 3. On August 10, 2022, Defendant reached out to Ms. Pimpleton and stated:

> Your failure to communicate with my office, and apparently your client, is resulting in what appears to be unnecessary costs and fees to my client. It appears from Ms. Sanlin's below email that she does not intend to move forward with this case. I do not want my client to incur the time and expense of preparing for a deposition Monday only to have Ms. Sanlin tell me at that time that she does not want to move forward with her case. Therefore, I am going to submit the below email, and this email, to the Court and ask that the Court issue an order to show cause why this case should not be dismissed. In the interim, I am not moving forward with the deposition on Monday, in part because I do not want my client to incur unnecessary costs and fees and in part because I do not want to force Ms. Sanlin to appear for a deposition in a case she apparently does not want to pursue.

*Id.* at ¶ 4.

Later on August 10, 2022, Ms. Sanlin responded to the above email, stating "Mr. McFarland, Thank you for your response and for taking care of this matter." *Id*. at ¶ 5. Ms. Pimpleton has not responded to any of the above-referenced emails. *Id.* at ¶ 6.

### III.    ARGUMENT

Given the above communication between Ms. Sanlin and her representation, it is clear that Ms. Sanlin does not want to move forward with this lawsuit. However, Ms. Pimpleton has not communicated with CKSD regarding dismissing this matter, which will result in unnecessary costs and fees to CKSD. Thus, the Court should order Ms. Pimpleton to show cause why this case should not be dismissed.

///

DEFENDANT'S MOTION FOR SHOW CAUSE ORDER - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## IV. CONCLUSION

For the reasons set forth above, CKSD requests that the Court enter an order directing Ms. Pimpleton to show cause why this lawsuit should not be dismissed.

DATED this 11th day of August, 2022.

                            EVANS, CRAVEN & LACKIE, P.S.

                By:    *s/ Michael E. McFarland, Jr.*
                        MICHAEL E. McFARLAND, JR., #23000
                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFF**
Kristi Pimpleton
Sapphire Legal, PLLC
Email:             pimpletonk@sapphire-law.com

    s/     Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

DEFENDANT'S MOTION FOR SHOW CAUSE ORDER - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632